UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VALDOVINOS,<br><br>         Plaintiff,<br><br>   v.<br><br>CAPITAL ACCOUNTS, LLC,<br><br>         Defendant. | Case No. 8:22-cv-00038-MEMF(JDEx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [ECF NO. 23]** |

   Plaintiff, OMAR VALDOVINOS ("Plaintiff"), by and through his undersigned attorney, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, CAPITAL ACCOUNTS, LLC.

/ / /

/ / /

/ / /

1

1   IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby
2   dismissed, with prejudice, as to CAPITAL ACCOUNTS, LLC. Each party shall bear its own costs
3   and attorney fees.

Dated: June 27, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge